R. Scott Taylor, OSB No. 74324
Clinton L. Tapper, OSB No. 084883
Taylor & Tapper
400 E 2nd, Suite 103
Eugene, OR 97401
Ph: 541-485-1511 / fax: 541-246-2424
Scott@taylortapper.com
Clinton@taylortapper.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| R&M FIBERGLASS INC., | Case No. 6:17-cv-01384-AA |
| Plaintiff, | UNOPPOSED MOTION AND ORDER FOR DISMISSAL WITH PREJUDICE |
| vs. | |
| SCOTTSDALE INSURANCE COMPANY, | |
| Defendant. | |

## MOTION

Plaintiff moves to dismiss all claims and counterclaims in this action with prejudice and without an award of attorney fees, costs, or disbursements to either party. The parties have settled this matter amongst themselves and the assistance of the court is no longer necessary. This motion is unopposed because it is submitted pursuant to the settlement agreement amongst the parties.

PAGE 1 – UNOPPOSED MOTION AND ORDER FOR DISMISSAL WITH PREJUDICE

DATED: May 07, 2019

**TAYLOR & TAPPER**

*s/ Nickolaus Gower*

**Nickolaus Gower**, OSB #143274
nick@taylortapper.com
Attorney for Plaintiff

## ORDER APPROVING UNOPPOSED MOTION

This matter having come before the court on this Unopposed Motion, therefore, it is

hereby ORDERED, ADJUDGED AND DECREED that all claims in this matter are hereby

dismissed with prejudice and without attorney fees and costs to either party.

DATED: 5/8 , 2019

United States District Court Judge

PAGE 2 – UNOPPOSED MOTION AND ORDER FOR DISMISSAL WITH PREJUDICE