IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| R&M FIBERGLASS INC., | |
| Plaintiff, | Civ. No. 6:17-cv-01384-AA |
| v. | JUDGMENT |
| SCOTTSDALE INSURANCE COMPANY, | |
| Defendant. | |

It is hereby ORDERED, ADJUDGED AND DECREED that all claims in this matter are hereby DISMISSED with prejudice and without attorney fees and costs to either party.

DATED: 5/8/2019

Mary L. Moran, Clerk

By    /s/ Cathy Kramer
         Deputy Clerk

1 –JUDGMENT